IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESTER JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 17-1559 |
| | ) |
| SUPT. DELBASO, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER

AND NOW, this 19th day of August, 2020, upon consideration of Pro Se Petitioner's Request for Enlargement of Time to File Objections to Magistrate Judge's Report and Recommendation (Document No. [46]), filed in the above captioned matter on August 17, 2020.

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that any Objections to the Magistrate Judge's Report and Recommendation are due by **October 19, 2020**. Responses to any Objections shall be filed by no later than **November 2, 2020**.

        s/Robert J. Colville
        United States District Judge

cc/ecf:    Magistrate Judge Lisa Pupo Lenihan

    Lester Johnson
    JD9865
    SCI Mahony
    301 Morea Road
    Frackville, PA 17932

    Counsel of Record