IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESTER JOHNSON, ) | |
| ) | Civil Action No. 17 – 1559 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| SUPT. DELBASO and THE ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

AND NOW, this 16th day of February, 2021, IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Lisa Pupo Lenihan (ECF No. 45) is adopted as the Opinion of the Court as supplemented by the Court's Memorandum accompanying this Order.

IT IS FURTHER ORDERED that the Amended Petition of Writ of Habeas Corpus (ECF No. 25) is denied.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

Cc:    Counsel of record
       (Via CM/ECF electronic mail)